IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| HERB FIRSCHING, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TIDEWATER FINANCE COMPANY, a.k.a TIDEWATER CREDIT SERVICES,<br><br>and<br><br>HOME DEPOT U.S.A., INC.,<br><br>*Defendants*. | CIVIL ACTION NO. 1:18-cv-00019 |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Tidewater Finance ("**Tidewater**") and Home Depot U.S.A., Inc. ("**Home Depot**") (collectively, "**Defendants**") hereby give notice of the removal of the state court civil action described below. As grounds for the removal, Defendants respectfully state the following:

### I. INTRODUCTION

1. On October 18, 2017, Plaintiff Herb Firsching ("**Plaintiff**") filed his Class Action Complaint (the "**Complaint**"), numbered and styled as Case No. 01-2017-CA-003488, *Herb Firsching, Individually and on Behalf of All Others Similarly Situated v. Tidewater Finance Company, a.k.a. Tidewater Credit Services and Home Depot U.S.A., Inc.,* in the Eighth Judicial Circuit Court in and for Alachua County, Florida.

2. In the Complaint, Plaintiff seeks to recover damages and injunctive relief on behalf of himself and a putative class for, among other claims, violations of the federal Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 *et seq.*

3. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the state court action and obtained by Defendants are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

## II. TIMELINESS OF NOTICE OF REMOVAL

4. Tidewater was served with process on December 28, 2017. Home Depot was served with process on December 29, 2017. Accordingly, this Notice of Removal is timely.

## III. BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

5. A case may be removed to federal court if it could have been brought in federal court originally. 28 U.S.C. § 1441; *see also Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003). The district courts of the United States have original jurisdiction over all civil actions arising under the Constitution and laws and treaties of the United States. 28 U.S.C. § 1331.

6. A claim "arises under" federal law when either (1) the well-pleaded complaint establishes that federal law creates the cause of action; or (2) the plaintiff's right to relief necessarily depends on the resolution of a substantial question of federal law.

7. This Court has jurisdiction over this case under 28 U.S.C. § 1331 because Plaintiff's claims arise, in part, under the laws of the United States. Specifically, the Complaint repeatedly invokes TILA and its implementing regulations by name in alleging the facts giving rise to his claims. Compl. at ¶¶ 16-17, 23, 25-29, 37. His class action allegations also repeatedly and expressly identify TILA (as well as the Federal Trade Commission Act, 15 U.S.C. §§ 41, *et seq.*). Compl. at ¶¶ 45, 51. Further, Plaintiff's primary cause of action is expressly stated as a TILA violation. Compl. at ¶¶ 52-66. Even Plaintiff's ancillary state-law claims are predicated, in part, on violations of TILA or the FTC Act. Compl. at ¶¶ 71-81, 94.

8. Accordingly, the Complaint arises under federal law.

## VENUE

9. Venue for this Removal is proper in the United States District Court for the Northern District of Florida, Gainesville Division, because this district and division includes Alachua County, Florida—the location of the pending state court action.[1]

## ADDITIONAL REQUIREMENTS

10. Written Notice of Removal will be provided to Plaintiffs and filed with the Eighth Judicial Circuit Court in and for Alachua County, Florida.

11. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

12. In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Defendants respectfully request the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

13. Plaintiff did demand a jury trial in the Complaint.

**WHEREFORE**, having satisfied the requirements for removal, Defendants give notice that Case No. 01-2017-CA-003488, originally filed in the Eighth Judicial Circuit Court in and for Alachua County, Florida, has been removed to this Court.

---

[1] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(a)(1) (stating that the Gainesville Division of the Northern District of Florida includes Alachua County).

1328186.1

Respectfully submitted,


By: /s/ *N. Mark New, II*
N. Mark New, II, Esq.
Florida Bar # 476773
Derek K. Mountford, Esq.
Florida Bar #127172
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4449 (telephone)
(904) 212-1828 (facsimile)
mnew@mcglinchey.com
dmountford@mcglinchey.com

***Counsel for Defendant Tidewater Finance Company***

and

*/s/ Allison G. Mawhinney*
Allison G. Mawhinney
GrayRobinson, PA
301 South Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311
Allison.mawhinney@gray-robinson.com


S. Stewart Haskins II
J. Andrew Pratt
Allison Hill White
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
shaskins@kslaw.com
apratt@kslaw.com
awhite@kslaw.com


***Counsel for Home Depot U.S.A., Inc.***

1328186.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*Via CM/ECF*
John A. Yanchunis
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
E-Mail: jyanchunis@forthepeople.com

*Attorneys for Plaintiff*

*Via CM/ECF*
Allison G. Mawhinney
GrayRobinson, PA
201 South Bronough Street
Suite 600
Tallahassee, Florida 32301
E-Mail: Allison.mawhinney@gray-robinson.com

S. Stewart Haskins II
J. Andrew Pratt
Allison Hill White
Kings & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
E-Mail: shaskins@kslaw.com
apratt@kslaw.com
awhite@kslaw.com

*Attorneys for Defendant Home Depot*

/s/*Derek K. Mountford*
Attorney

1328186.1