# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

HERB FIRSCHING, individually and
on behalf of all others similarly
situated

    *Plaintiff*,

v.                                                 Case No. 1:18cv19-MW/GRJ

TIDEWATER FINANCE COMPANY,
a/k/a TIDEWATER CREDIT SERVICES,
and HOME DEPOT U.S.A., INC.

    *Defendants.*
_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 14. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on March 9, 2018.**

                                                        **s/Mark E. Walker            **
                                                        **United States District Judge**